AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts Southern
District of Texas
**FILED**

*July 7, 2022*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Victor Manuel Avila (2003/US)<br><br>*Defendant(s)* | )<br>)<br>) Case No. 7:22-mj-1331-1<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 7, 2022__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | Illegal Importation of a Controlled Substance / Approximately 8.52 Kilograms of Cocaine, a Schedule II Controlled Substance. |
| 21 USC § 963 | Conspiracy to Illegally Import a Controlled Substance / Approximately 8.52 Kilograms of Cocaine a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Roberto Lopez

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: July 7, 2022 at 11:41 p.m.

City and state: McAllen, Texas

/s/ Nicholas C. Stott
*Complainant's signature*

Nicholas C. Stott, HSI Special Agent
*Printed name and title*

*Judge's signature*

U.S. Magistrate Judge J. Scott Hacker
*Printed name and title*

## Attachment "A"

I, Nicholas C. Stott, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On July 7, 2022, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection (CBP) Office of Field Operations (OFO) at the Hidalgo Port of Entry (POE) in Hidalgo, Texas. CBP Officers (CBPOs) detained Victor Manuel Avila (hereinafter AVILA), a citizen of the United States, the driver and registered owner of the vehicle, while attempting to enter the U.S. with approximately 8.52 kilograms (kg) of cocaine concealed within the floor of the vehicle. AVILA was accompanied by a female and minor child.

2. During primary inbound inspection, CBP Officers (CBPOs) obtained a negative oral declaration for fruits, food, alcohol, tobacco, drugs, weapons and currency over $10,000.00 from AVILA. CBPOs referred AVILA and the vehicle to secondary inspection for an intensive examination.

3. The vehicle was scanned with an X-ray and anomalies were observed in the floor of the vehicle.

4. A physical search of the vehicle was conducted, and eight tape and cellophane wrapped packages, weighing approximately 8.52 kilograms, were discovered concealed within the floor of the vehicle. CBPOs field tested the substance inside the packages which was presumptive positive for the properties and characteristics of cocaine.

5. Homeland Security Investigations (HSI) Special Agents (SA) and a Task Force Officer (TFO) responded to the Hidalgo POE to assist in the investigation. The HSI SAs and TFO interviewed AVILA who, after providing several inconsistent and admittedly false statements, stated he was hired by an unknown person in Mexico to transport cocaine from Mexico into the United States.